IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:19CR245 |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMUEL GARCIA, ALONSO CERVANTES-GARCIA, ISMAEL ZAMBRANO, JR., ISMAEL ZAMBRANO-TIRADO, SR. | ) ) ) ) | ORDER |
| | | |
| Defendants. | | |

This matter is before the court on Defendant Cervantes-Garcia's unopposed Motion to Continue Trial [153]. Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

**IT IS ORDERED** that Defendant Cervantes-Garcia's unopposed Motion to Continue Trial [153] is granted, as follows:

1. The jury trial, **as to all defendants,** now set September 22, 2020, is continued to **November 3, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 3, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** September 2, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge