IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISMAEL ZAMBRANO-TIRADO, SR *A/K/A* "SENIOR," ISMAEL ZAMBRANO, JR *A/K/A* "CHUY," SANTIAGO GARCIA-SANCHEZ *A/K/A* "CHAGUI," EDUARDO JIMENEZ, ALONSO CERVANTES-GARCIA *A/K/A* "EL CHAUFFEUR," SAMUEL GARCIA, and FERNANDO GAMON,<br><br>Defendants. | 8:19CR245<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture (Filing No. 233). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On February 4, 2021, the Court entered a Preliminary Order of Forfeiture (Filing No. 192), forfeiting defendants' interests in the following Property:

    a. Real property located at 6500 Railroad Av, Omaha, Nebraska, 68107, more particularly described as Parcel Number 05074 70000, with the legal description:

    A part of Block 15, Albright's Choice, an Addition to the City of Omaha, Douglas County, Nebraska, except the Easterly 7.0 feet thereof taken for right of way purposes bounded by Railroad Avenue on the East, Union Pacific Railroad right of way on the West and Drexel Street on the South, being more particularly described as follows: Beginning at a point on the existing Westerly right of way line of Railroad A venue, said right of way line is 7.0 feet Westerly of the originally platted East line of Block 15, Albright1s Choice, and the Northerly right of way line of Drexel Street as opened and dedicated by Ordinance No. 111738 on June 5, 1923; thence continuing along

1

>the Westerly right of way line of Railroad Avenue, North 33°00'00" West (assumed bearing) for a distance of 546.85 feet to a point of intersection with the Easterly right of way line of Union Pacific Railroad's main line; thence continuing along said Easterly right of way line of Union Pacific's main line along a circular curve to the Southeast having a radius of 5829.65 feet and subtended by a chord bearing South 27°08113" East and a distance of 499.56 feet to a point of tangency; thence South 24°40'52" East along said railroad right of way line a distance of 33.40 feet to a point on the Northerly right of way line of said Drexel Street; thence North 73°47'00" East along said Northerly right of way line of said Drexel Street a distance of 58.35 feet to the Point of Beginning; and,

    b.    A 2016 Dodge Challenger RT Scat Pack, VIN: 2C3CDXGJ9GH143323, registered to Samuel Garcia.

2.    On February 24, 2021, Ally Bank filed a Petition (Filing No. 203) with the Court asserting a $24,316.78 claim relating to the 2016 Dodge Challenger. (Filing No. 203).

3.    On April 15, 2021, the United States filed a Declaration of Publication regarding the posting of Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov. (Filing No. 228).

4.    The United States advises the Court that other than Ally Bank, no other party has filed a petition. From a review of the Court file, the Court finds that Ally Bank, no other person or entity has filed a petition.

5.    The Motion for Final Order of Forfeiture should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    A.    The Motion for Final Order of Forfeiture is hereby granted.

    B.    All right, title, and interest in and to the Property held by any person or entity is hereby forever barred and foreclosed.

    C.    The Property is hereby forfeited to the United States of America.

D. The United States is directed to forfeit the Property in accordance with law.

E. The U.S. Marshals Service (USMS) shall sell the Dodge Challenger expeditiously and in a commercially reasonable manner. The USMS shall first satisfy any costs for storage and sale of the vehicle and then satisfy Ally Bank's claim in the amount of $24,316.78.

ORDERED this 20th day of April, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge