IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISMAEL ZAMBRANO-TIRADO, SR *A/K/A* "SENIOR," ISMAEL ZAMBRANO, JR *A/K/A* "CHUY," SANTIAGO GARCIA-SANCHEZ *A/K/A* "CHAGUI," EDUARDO JIMENEZ, ALONSO CERVANTES-GARCIA *A/K/A* "EL CHAUFFEUR," SAMUEL GARCIA, and FERNANDO GAMON,<br><br>Defendants. | 8:19CR245<br><br>AMENDED FINAL ORDER OF FORFEITURE OF THE 2016 DODGE CHARGER RT SCAT PACK |

This matter is before the Court upon the United States of America's Amended Motion for Final Order of Forfeiture (Filing No. 261). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On May 20, 2021, the Court entered an Amended Preliminary Order of Forfeiture (Filing No. 255), forfeiting defendants' interests in the 2016 Dodge Charger RT Scat Pack, VIN: 2C3CDXGJ9GH143323, registered to Samuel Garcia.

2. On February 24, 2021, Ally Bank filed a Petition (Filing No. 203) with the Court asserting a $24,316.78 claim relating to the 2016 Dodge Charger. (Filing No. 203).

3. On July 28, 2021, the United States filed a Declaration of Publication regarding the posting of Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov. (Filing No. 260).

4. The United States advises the Court that other than Ally Bank, no other party has filed a petition. From a review of the Court file, the Court agrees and finds that other than Ally Bank, no other person or entity has filed a petition.

5. The Amended Motion for Final Order of Forfeiture should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    A. The Amended Motion for Final Order of Forfeiture is hereby granted.

    B. All right, title, and interest in and to the Property held by any person or entity is hereby forever barred and foreclosed.

    C. The Property is hereby forfeited to the United States of America.

    D. The United States is directed to forfeit the Property in accordance with law.

    E. The U.S. Marshals Service (USMS) shall sell the Dodge Challenger expeditiously and in a commercially-reasonable manner. The USMS shall first satisfy any costs for storage and sale of the vehicle and then satisfy Ally Bank's claim in the amount of $24,316.78.

ORDERED this 28th day of July, 2021.

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Senior United States District Judge